USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FERNANDO KEYES,

                Defendant.

No. 20-CR-95 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that the conference currently scheduled for April 2, 2020 is adjourned until further notice. The parties are directed to confer and submit a letter to the Court by April 2, 2020, indicating if they intend to file any motions, propose a briefing schedule, provide their availability for trial and advise if they consent to the exclusion of Speedy Trial time.

SO ORDERED.

Dated:    March 25, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge