USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-95 |
| v. | ORDER |
| FERNANDO KEYES, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The CourtCall video plea is scheduled for Monday August 10, 2020 at 9:00 a.m.

Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated:   August 6, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge