```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FERNANDO KEYES,

Defendant.

No. 20-CR-95

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall video plea is scheduled for Monday August 24, 2020 at 11:00 a.m.

Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

SO ORDERED.

Dated:   August 20, 2020
         New York, New York

Ronnie Abrams
United States District Judge