

August 21, 2020

<u>VIA ECF</u>

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:  USA vs Fernando Keyes
           Indictment 20-cr-95

Application granted. The conference is adjourned to September 2, 2020 at 9:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 21, 2020

Dear Judge Abrams:

    The above referenced matter is scheduled for a status conference before Your Honor on August 24, 2020. I advised Your Honor at the last hearing date that I would advise the Court if Mr. Keyes was going to enter a guilty plea on August 24, 2020.

    Since the last hearing I received an alternative plea offer for Mr. Keyes to consider. I mailed him the plea the day I received it last week and have requested a legal call with him at MCC.

    Unfortunately, despite my request, I have not received a call from Mr. Keyes in order to consult with him. I made another request for a legal call this morning.

    With the consent of Alexandra Rothman, AUSA I am respectfully requesting that the August 24th status date be adjourned at least one week to afford me adequate time to confer with Mr. Keyes.

_____
750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com

      My ability to adequately consult with Mr. Keyes has been severely hampered by the COVID-19 pandemic.

      In closing, I hope this letter finds Your Honor and your staff well.

                             Respectfully yours,

                             */s/Thomas Ambrosio*
                             Thomas Ambrosio

cc:  Alexandra Rothman (via ECF)
     Fernando Keyes (via regular mail)