

September 18, 2020

VIA ECF

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference is adjourned to October 2, 2020 at 9:00 and will be held by video conference.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> September 18, 2020

RE: USA vs Fernando Keyes
Indictment 20-cr-95

Dear Judge Abrams:

The above referenced matter is scheduled for a status conference before Your Honor on September 23, 2020.

My anticipated legal call with Mr. Keyes at the MCC did not go through. Scheduling legal calls with clients at the MCC is first come first serve and each unit has only limited time slots per day. I scheduled the earliest available call with Mr. Keyes which is at 2:30 p.m. on September 23, 2020. re-scheduled call

With the consent of Alexandra Rothman, AUSA I am respectfully requesting that the September 23rd status date be adjourned at least one week to afford me the ability to confer with Mr. Keyes.

In closing, I hope this letter finds Your Honor and your staff well.

_____
750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com

                        Respectfully yours,

                        */s/Thomas Ambrosio*
                        Thomas Ambrosio

cc:  Alexandra Rothman (via ECF)
     Fernando Keyes (via regular mail)