

February 4, 2021

VIA ECF

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall
United States Courthouse
New York, NY 10007

      RE:    USA vs Fernando Keyes
                  Indictment 20-cr-95

Dear Judge Abrams:

      Fernando Keyes is scheduled to be sentenced in a video proceeding before Your Honor on February 11, 2021. I had a legal visit with Mr. Keyes today at the Westchester County Jail to discuss his upcoming sentencing and to obtain his consent to be sentenced remotely.

      Mr. Keyes advised me that he does not consent to be sentenced remotely, but left open the possibility that he may change his mind and agreed to contact me if he does.

      I therefore respectfully request that Your Honor adjourn Mr. Keyes's sentencing to a date when he can be sentenced in person.

      In closing, I hope this letter finds Your Honor and your staff well.

                              Respectfully yours,

                              /s/Thomas Ambrosio
                              Thomas Ambrosio

cc:    Alexandra Rothman (via ECF)
        Fernando Keyes (via regular mail)

---

In light of Mr. Keyes' desire to be sentenced in person, together with the 60 month mandatory sentence, the sentencing is adjourned until June 11, 2021 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 5, 2021

---

750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com