**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :            ORDER
                                        :
                                        :
                                        :      _____
                                        :        Docket #
                                        :
----------------------------------------x
```

_____
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

A conference is scheduled for February 11, 2025 at 10:30 a.m and will be held in Courtroom 1506 at the Thurgood Marshall United States Courthouse at 40 Foley Square. Ms. Cassidy shall meet and confer with Mr. Keyes in advance of the conference.   **SO ORDERED**.

_____

**Dated:   New York, New York**