

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

February 16, 2025

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

/s/
Ronnie Abrams, U.S.D.J.
February 18, 2025

Re:  *United States v. Fernando Keyes*, 20 Cr. 95 (RA)

Dear Judge Abrams:

    The Government respectfully requests, with the consent of the United States Probation Office (the "Probation Office"), that the Court unseal the portions of the Probation Office's file for the above-referenced defendant related to the specifications in the January 29, 2025 Violation of Supervised Release ("VOSR") Petition. The Probation Office has indicated that these requested materials may be relevant to the VOSR proceedings in this case. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

By: /s/
    Alexandra Rothman
    Assistant United States Attorney
    (212) 637-2580

Cc:  Defense Counsel (By ECF)