UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>              v.<br><br>Fernando Keyes,<br><br>                   Defendant. | **ORDER** |

Upon the annexed Affirmation of Assistant United States Attorney Alexandra Rothman, requesting that an Order be issued pursuant to the All Writs Act, Title 28, United States Code, Section 1651, regarding the unsealing and disclosure of the below-referenced sealed and unsealed records maintained by the New York City Police Department,

IT IS HEREBY ORDERED that all records, both sealed and unsealed, of the New York City Police Department relating to Fernando Keyes (Complaint 2025-049-000019), be unsealed to the extent necessary to permit the United States Attorney's Office to obtain the contents of the records and thereafter disclose them as necessary to comply with its disclosure obligations; and

IT IS FURTHER ORDERED that, with the exception of a copy of this Order being provided to New York City Police Department and the clerk of the court for files and testimony subject to this Order, this Order and the Application in support thereof are to be sealed pending further order of this Court.

Dated: New York, New York
       February 18, 2025

                                                                      _____
                                                                      THE HONORABLE RONNIE ABRAMS
                                                                      UNITED STATES DISTRICT JUDGE
                                                                      SOUTHERN DISTRICT OF NEW YORK