# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

───────

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

March 5, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

────
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
────
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

Application granted. The status conference is adjourned to March 11, 2026 at 12:30 p.m.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
March 5, 2026

Re:  ***United States v. Fernando Keyes,***
     **20 Cr. 95 (RA)**

Dear Judge Abrams:

We represent Mr. Keyes in the above-captioned matter, which is scheduled for a conference before Your Honor tomorrow at 11:30 a.m.  With apologies for the lateness of the request, we ask that the matter be rescheduled for a date and time convenient for the Court next week.

I have been asked to defend a significant deposition tomorrow in connection with a civil action brought by the United States Attorney's Office.  While I could ask my partner with whom I share a CJA slot to appear before the Court, I would prefer to be present myself given the time Mr. Keyes and I have spent together.

In addition, the Probation Office contacted me today to suggest a modification to my client's terms of release that I should discuss with Mr. Keyes.  In light of that, the assigned Probation Officer has no objection to an adjournment of the matter to next week.  The government agrees.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

The Honorable Ronnie Abrams
March 5, 2026
Page 2

Thank you for your consideration of this matter and my apologies again for the timing of the request.

Respectfully submitted,


*/s/ Telemachus P. Kasulis*
Telemachus P. Kasulis
MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
Tel: (212) 880-9555
tkasulis@maglaw.com

cc:    Counsel of record (via ECF)