## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

_____

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

June 11, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

_____

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

_____

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    ***United States v. Fernando Keyes**,*
           **20 Cr. 95 (RA)**

Application granted. The VOSR is adjourned to July 24, 2026 at 12:30 p.m.

SO ORDERED,

_____

Ronnie Abrams, U,S.D.J.
June 11, 2026

Dear Judge Abrams:

      We represent Mr. Keyes in the above-captioned matter, which is scheduled for a conference before Your Honor tomorrow at 11:30 a.m.  With the consent of the government, we ask that the matter be rescheduled for a date and time convenient to the Court during the week of July 20.

      Mr. Keyes has been working diligently to obtain the paperwork necessary to satisfy the Probation Office about his PTSD/anxiety issues and related need to take medical marijuana.  This process was temporarily delayed by an issue with Mr. Keyes' Medicaid status, which has now been resolved.  He originally hoped to get the paperwork from a Dr. Jonathan Ross, but it turned out that Dr. Ross was not seeing new patients.  He met today with Geisy Mauras at 2722 White Plains Road in the Bronx.  Ms. Maurus gave him a physical evaluation and asked him to return on June 17 for related blood work and urinalysis.  She also referred him simultaneously to Latoyah Nesbeth at Bronx Treatment Care.  Mr. Keyes has an appointment to go there today, where my understanding is he will meet with Nesbeth and her colleagues to get the formal evaluation for the PTSD/anxiety issues underlying his need for medical marijuana.  Mr. Keyes' understanding is that once Mauras' office clears him physically and the Bronx Treatment Care confirms his psychological/emotional disorders, that will result in the paperwork the Probation Office has requested.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

The Honorable Ronnie Abrams
June 11, 2026
Page 2

Mr. Keyes also has advised me that he has been keeping the Probation Office in the loop on these ongoing efforts and that he met with his Probation Officer last week. During that meeting, the Probation Officer looked up his state case in an online database. This seems to have confirmed that his state case has been dismissed but the Officer has been trying to get in touch with the assigned ADA to double check. My understanding is that there has been no update from the ADA to date.

In light of these updates, the government has consented to a request for an adjournment to a date and time convenient to the Court during the week of July 20. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Telemachus P. Kasulis*
Telemachus P. Kasulis
MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
Tel: (212) 880-9555
tkasulis@maglaw.com

cc:    Counsel of record (via ECF)